UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DANA J. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13 CV 00057 AGF (NCC) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Noelle C. Collins, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On August 19, 2014, Magistrate Judge Collins filed her Report and Recommendation, recommending that the Court affirm the decision of the Commissioner to deny Plaintiff's application for disability insurance benefits under Title II of the Social Security Act and supplemental security income under Title XVI of the Social Security Act. Neither party has filed objections to the Report and Recommendation, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act and supplemental security income under Title XVI of the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

                                            _/s/ Audrey G. Fleissig_
                                            AUDREY G. FLEISSIG
                                            UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2014.